UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| William Hoover,<br><br>               Plaintiff,<br>v.<br><br>Bluestem Brands, Inc. d/b/a Fingerhut,<br><br>               Defendant. | Civil Action No.: 3:14-cv-00944-FLW-DEA |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: October 15, 2014

                                           Respectfully submitted,

                                           By: /s/ Sofia Balile

                                         Sofia Balile, Esq.
                                         Lemberg Law, LLC
                                         1100 Summer Street
                                         Stamford, CT 06905
                                         Phone: (917) 981-0849
                                         Fax:    (203) 653-3424

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 15, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of New Jersey Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                 By /s/ Sofia Balile_____

                                                   Sofia Balile